IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY JOHNSON, | 1:12-cv-0018-GBC (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AND ORDER GRANTING IN FORMA PAUPERIS AS MOOT |
| vs. | |
| C.SANDOVAL, et al, | ( Docs. 8, 9) |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On January 4, 2012, Plaintiff  filed an application to proceed in forma pauperis. (Doc. 2.)  An order issued granting Plaintiff's motion on January 5, 2012.  (Doc. 5.)  On February 2, 2012, Plaintiff filed a second application to proceed in forma pauperis, which was granted that same date.  (Docs. 8, 9.)

Due to the fact that Plaintiff's initial application to proceed in forma pauperis in the present case was granted on January 5, 2012, IT IS HEREBY ORDERED THAT Plaintiff's second application to proceed in forma pauperis (Doc. 8) and the Order thereon (Doc. 9) are both DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   February 15, 2012

UNITED STATES MAGISTRATE JUDGE