UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DONTAY JOHNSON,

      Plaintiff,

vs.

C. LOPEZ, *et al.,*

      Defendants.

Case No. 1:12-cv-00018-RRB

**ORDER DENYING
MOTION AT DOCKET 37**

At **Docket 37** Plaintiff Dontay Johnson, a federal prisoner appearing *pro se*, renewed his prior motion to appoint counsel, which the Court denied.[1]  As this Court explained in denying Johnson's initial motion, this case involves the use of excessive force in conducting a search, primarily a fact-driven issue that does not involve intricate or complicated questions of law.  While this Court is not unmindful of the difficulties faced by individuals proceeding *pro se*, especially prisoners, nothing in Johnson's current motion convinces the Court to reconsider its earlier decision and appoint counsel.

Accordingly, the Emergency Motion for the Appointment of Counsel at **Docket 37** is **DENIED**.

**IT IS SO ORDERED** this 9th day of April, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]     See Dockets 30 (Motion), 32 (Order).

ORDER DENYING MOTION AT DOCKET 37