UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAY JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>C. LOPEZ, *et al.,*<br><br>    Defendants. | Case No. 1:12-cv-00018-RRB<br><br>**DISMISSAL ORDER** |

At **Docket 39** Plaintiff Dontay Johnson, a federal prisoner appearing *pro se*, filed a Motion to Dismiss. Defendant C. Lopez has not opposed the motion. The record in this case indicates that, in addition to moving to voluntarily dismiss his complaint, Plaintiff has failed to comply with the requirements of the Scheduling and Planning Order entered by the Court.[1] It appearing that Plaintiff has elected not to pursue this matter, no just reason appears not to grant Plaintiff's motion.

Accordingly, Plaintiff's Motion to Dismiss at **Docket 39** is **GRANTED**. The Complaint on filed herein is **DISMISSED**.[2] The Clerk of the Court is directed to enter final judgment accordingly.

**IT IS SO ORDERED** this 29th day of August, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 28 as amended by Docket 31.

[2] Fed. R. Civ. P. 41(b).